[No. 16748-4-II.   Division Two.   August 2, 1995.]

WESTERN NATIONAL ASSURANCE COMPANY,
*Respondent*, v. PAFCO, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-2-01669-4, Edwin L. Poyfair, J., entered December 9, 1992. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Morgan, J.


[Nos. 16823-5-II; 19241-1-II.   Division Two.   August 2, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY
DEAN COWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 92-1-00158-9, Gordon Godfrey, J., entered January 11, 1993, and October 17, 1994. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Seinfeld, C.J., and Wiggins, J.


[Nos. 16952-5-II; 17660-2-II.   Division Two.   August 2, 1995.]

STANLEY B. MARUGG, ET AL., *Appellants*, v. UNITED
STATES OF AMERICA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-2-03581-8, James D. Ladley, J., entered February 4, 1993, and October 29, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Wiggins, J.